In the Matter of the Claim of MARY MATTA et al., Respondents, against DENNINGS POINT BRICK WORKS et al., Appellants.

STATE INDUSTRIAL COMMISSION, Respondent.

*Matta* v. *Dennings Point Brick Works,* 182 App. Div. 907, affirmed. (Argued April 25, 1918; decided October 1, 1918.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 23, 1918, *unanimously* affirming an award of the state industrial commission made under the Workmen's Compensation Law. Claimant's husband while going from one part of his employer's premises to another and necessarily crossing the tracks of a railroad was struck by an engine and killed. Shortly thereafter the claimant was appointed administratrix and accepted a sum of money in settlement of her claim against the railroad. Thereafter she made claim for compensation to the state industrial commission. Appellants contended that the settlement was in violation of section 29 of the Workmen's Compensation Law and that the accident did not arise out of or in the course of the employment.

*Joseph F. Murray* and *Robert M. McCormick* for appellants.

*Merton E. Lewis,* Attorney-General (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CHASE, COLLIN, CUDDEBACK and HOGAN, JJ.; HISCOCK, Ch. J., CARDOZO and McLAUGHLIN, JJ., dissent from affirmance of award in favor of widow.